# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES IF AMERICA, | Case No.  1:02-cr-05301-DAD-16 |
| Plaintiff, | |
| v. | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS SUPERSEDING INDICTMENT |
| JOSEPH PAUL DURBOROW, | |
| Defendant. | (Doc. No. 667) |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the charges in the superseding indictment in the above-captioned action against the above-named defendant.  It is hereby ORDERED that the superseding indictment is dismissed, as to JOSEPH PAUL DURBOROW only, and the related arrest warrant is recalled.

IT IS SO ORDERED.

Dated:   **February 28, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1